■ Charlene Spicer, as Administrator of the Estate of Christopher Spicer, Deceased, Respondent, v USA Body, Inc.,

Defendant/Third-Party Plaintiff-Respondent. VOLLES DAIRY FARM, LLC, Third-Party Defendant-Appellant. [53 NYS3d 861]— Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered September 28, 2016. The order, among other things, denied the motion of third-party defendant Volles Dairy Farm, LLC seeking summary judgment dismissing the third-party plaintiff's complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 31 and April 25, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Centra, Lindley, Troutman and Scudder, JJ.